IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL DOCUMENT** |
| v. | ) | |
| | ) | |
| RAYMOND PICKETT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 26th day of March, 2007, on the Motion of the Defendant (Filing No. 20) for an order to seal his Motion to Review Detention and Request for Evidentiary Hearing. (Filing No. 21).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document (Filing No. 21) named in Defendant's Motion to Seal shall be filed under seal. The Defendant has already filed the subject motion under seal and the motion need not be re-filed.

DATED this 26th day of March, 2007.

BY THE COURT:

s/F.A. Gossett
United States Magistrate Judge