IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR18 |
| RAYMOND PICKETT, JR., | ) ) | **ORDER** |
| Defendant. | ) ) | |

    IT IS ORDERED that the following is set for hearing on **April 19, 2007** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - SEALED Motion [21]

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 17th day of April, 2007.

    BY THE COURT:

    s/Thomas D. Thalken
    United States Magistrate Judge